FARRELLY v. EMIGRANT INDUSTRIAL SAV. BANK. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Thomas Farrelly against the Emigrant Industrial Savings Bank. No opinion. Motion denied.

FERGUSON, Appellant, v. RABINOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Benjamin Ferguson against Abraham Rabinowitz. R. L. Pritchard, for appellant. T. B. Chancellor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FIDELITY TRUST CO., Appellant, v. MARSHALL, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by the Fidelity Trust Company, as committee, etc., against Charles D. Marshall, as executor, etc., and Charles D. Marshall, as administrator, etc.

PER CURIAM. Interlocutory judgment and order affirmed, with costs, with leave to the plaintiff to plead over upon the payment of the costs of the demurrer and of this appeal. Held, that the decision of the questions involved in this case is controlled by the cases of U. S. Trust Co. v. Mutual Benefit Life Ins. Co., 115 N. Y. 152, 21 N. E. 1025, and Walsh v. Mutual Life Insurance Co., 133 N. Y. 408, 31 N. E. 228, 28 Am. St. Rep. 651.

McLENNAN, .P. J., dissents, upon the authority of Amberg v. Manhattan Life Insurance Co., 171 N. Y. 314, 63 N. E. 1111, and also upon the ground that it was not the intention of the parties to the contract of insurance that any part of the insurance moneys should be paid to the representatives or assigns of any child of the insured who might die without issue before the death of the insured.

FIDELITY TRUST CO. OF BUFFALO v. MARSHALL. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by the Fidelity Trust Company of Buffalo, as committee, etc., against Charles D. Marshall, as administrator, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions certified as presented in the moving papers.

FITZPATRICK, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Thomas Fitzpatrick against James Butler. No opinion. Order affirmed, with $10 costs and disbursements.

FITZPATRICK, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by William J. Fitzpatrick against Patrick Fox and Catherine Fox. No opinion. Motion granted, and order resettled.

FOLEY & CO., Respondent, v. SHERWOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by Foley & Co. against Amos B. Sherwood. No opinion. Judgment and order affirmed, with costs.

FREEMAN, Appellant, v. WYSE, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Lewis C. Freeman against Marie S. Wyse. L. C. Freeman, in pro. per. R. T. Greene, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GENERAL ELECTRIC CO. v. SIRE et al. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by the General Electric Company against Meyer L. Sire and others. F. Bien, for appellants. J. V. Bouvier, Jr., for respondent Kiernan. No opinion. Order affirmed, with $10 costs and disbursements.

GERMAN BANK, Respondent, v. METROPOLITAN BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by the German Bank against the Metropolitan Bank.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., not voting.

GERSHENSON, Appellant, v. SHELKOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Nathan Gershenson against Jacob Shelkowitz. M. Schleimer, for appellant. M. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GIRARD v. INTERNATIONAL PULP CO. (Supreme Court, Appellate Division, Third Department. March 15, 1904.) Action by Delina Girard, as administratrix, etc., against the International Pulp Company. No opinion. Motion denied.

GIVEEN v. GANS. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by John S. Giveen against Levi L. Gans. No opinion. Motion granted.

GODFREY v. SCHMIDT et al. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Frederick S. Godfrey against Charles Schmidt and others. No opinion. Motion granted, with $10 costs.